Plaintiff
Pedro Orozco
v
Defendant's
Keuen Kink, Cody Piper
Crauperd, Sloan, Clark
Baker, Baldwin, Sneed

Case # 3:18 - C V - 02165 - NJR

Judge: Nancy J. Rosenstengel

Motion for Order of Protection.

Now comes Plaintiff Pedro Orozco # K-58570 Respectfully Requesting this Court to grant this Order of Protection for the Reasons Stated.

1. Plaintiff is still incarcerated at Laurence C.C.

2. Defendant's Craupord and other defendants Constantly Harasses Plaintiff.

3. Plaintiff has been told by Defendant Craupord that he (Craupord) will do as he wishes "Law Suit or No Law Suit".

4. Defendants Keeps Plaintiff in fear of his well being.

5. Plaintiff is Suffering from Mental Health Issues that Keeps him unstable.

6. Plaintiff Mental Health Disorders are Bi Polar, Depression, P.T.S.D., Designatated (S.M.I.) Seriously Mentally Ill.

7. Defendants Inflicting Constant Mental Anguish with Harassment.

8. Plaintiff Constantly Reports Harassments by Defendants to Defendants Supervisor's and Supervisor's State that if I have any complaints write a Grievance.

9. Plaintiff Constantly Submitts Grievances Reporting Staff Conduct and Grievance Never gets a Respons.

10. Plaintiff is in Constant fear of his well being and life.

For the Reasons said above Plaintiff is Respectfully Pleading with this Court to grant the Motion for order of protection.

Respectfully Submitted;

Plaintif
Pecho Orozco.