IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

Pedro Orozco

*Plaintiff(s)*

v.

Kevin Kink, et. al.,

*Defendant(s)*

Case Number: 18-cv-02165 NJR

# Notice Regarding Magistrate Judge Jurisdiction and Consent/Non-Consent Form

Each party to the above-captioned civil matter <u>shall</u> select one of the following two options indicating whether the party **will consent** or **will not** consent to having a Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment, in accordance with the provisions of Title 28 U.S.C. Section 636(c).

**Check One:**

[X] The party or parties listed below consent to having a Magistrate Judge conduct any and all proceedings in this case. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

[ ] The party or parties listed below do not consent to having a Magistrate Judge conduct any and all proceedings in this case.

Name of Party or Parties (list):

| *Printed Name of Party* | *Signature of Party or Attorney* | *Date* |
|---|---|---|
| Kevin Kink | s/R. Brandon Shultz | 12-19-19 |
| Cody Piper | s/R. Brandon Shultz | 12-19-19 |
| James Sloan | s/R. Brandon Shultz | 12-19-19 |
| John Baker | s/R. Brandon Shultz | 12-19-19 |

**Submitted By:** R. Brandon Shultz      **Dated:** 12-19-19

**Note: Corporations may execute this election only by counsel.**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was served on all parties of record in this case.

Date: 12-19-19      Signature: s/R. Brandon Shultz

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

Pedro Orozco
*Plaintiff(s)*

v.

Kevin Kink, et. al.,
*Defendant(s)*

Case Number: 18-cv-02165 NJR

## Notice Regarding Magistrate Judge Jurisdiction and Consent/Non-Consent Form

Each party to the above-captioned civil matter <u>shall</u> select one of the following two options indicating whether the party **will consent** or **will not** consent to having a Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment, in accordance with the provisions of Title 28 U.S.C. Section 636(c).

**Check One:**

[X] The party or parties listed below consent to having a Magistrate Judge conduct any and all proceedings in this case. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

[ ] The party or parties listed below do not consent to having a Magistrate Judge conduct any and all proceedings in this case.

Name of Party or Parties (list):

| *Printed Name of Party* | *Signature of Party or Attorney* | *Date* |
|---|---|---|
| Michael Clark | s/R. Brandon Shultz | 12-19-19 |
| Patty Thull | s/R. Brandon Shultz | 12-19-19 |
| John R. Baldwin | s/R. Brandon Shultz | 12-19-19 |
| Joshua Crawford | s/R. Brandon Shultz | 12-19-19 |

Submitted By: R. Brandon Shultz        Dated: 12-19-19

**Note: Corporations may execute this election only by counsel.**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was served on all parties of record in this case.

Date: 12-19-19        Signature: s/R. Brandon Shultz