IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

PEDRO OROZCO, #K-58570

*Plaintiff(s)*

v.

KEVIN W. KINK, *et al*

*Defendant(s)*

Case Number: 3:18 CV 2165 - NJR

# Notice Regarding Magistrate Judge Jurisdiction and Consent/Non-Consent Form

Each party to the above-captioned civil matter <u>shall</u> select one of the following two options indicating whether the party **will consent** or **will not** consent to having a Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment, in accordance with the provisions of Title 28 U.S.C. Section 636(c).

**Check One:**

[X] The party or parties listed below consent to having a Magistrate Judge conduct any and all proceedings in this case. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

[ ] The party or parties listed below do not consent to having a Magistrate Judge conduct any and all proceedings in this case.

Name of Party or Parties (list):

| *Printed Name of Party* | *Signature of Party or Attorney* | *Date* |
|---|---|---|
| Pedro Orozco, #K-58570 | /s/ David G. Sigale | Jan. 10, 2020 |

Submitted By: David G. Sigale          Dated: Jan. 10, 2020

**Note: Corporations may execute this election only by counsel.**

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Notice was served on all parties of record in this case.

Date: Jan. 10, 2020          Signature: /s/ David G. Sigale