IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PEDRO OROZCO, #K-58570, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | |
| CORRECTIONS, KEVIN W. KINK, in his | ) | |
| individual and official capacity as Warden of | ) | |
| the Lawrence correctional Center, | ) | |
| Correction Officer CODY PIPER, in his | ) | Case No. 3:18-CV-2165-NJR |
| individual capacity, Correction Officer | ) | |
| SLOAN, in his individual capacity, | ) | |
| Correctional Officer BAKER, in his | ) | |
| individual capacity, Correctional Officer | ) | |
| CLARK, in his individual capacity, | ) | |
| Correctional Officer CRAWFORD, in his | ) | |
| individual capacity, PATTY THULL, in her | ) | |
| individual capacity, JOHN R. BALDWIN, | ) | |
| in his individual capacity, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF CHANGE OF ADDRESS**

     PLEASE TAKE NOTICE that the law firm of LAW FIRM OF DAVID G. SIGALE, P.C. has changed offices.  The firm's new address is:

430 West Roosevelt Road
Wheaton, IL 60187

     All correspondence should be sent to the new address effective immediately.  The firm's phone and fax numbers remain 630.452.4547 and 630.596.4445, respectively.

                                                        /s/ David G. Sigale
                                                      Attorney for Plaintiff

The undersigned certifies that:

1.  On January 10, 2020, the Plaintiff electronically filed this <u>Notice of Change of Address</u> with the District Court Clerk *via* CM/ECF filing system;

2.  Pursuant to F.R. Civ. P. 5, the undersigned certifies that, to his best information and belief, there are no non-CM/ECF participants in this matter.

/s/ David G. Sigale<br>
Attorney for Plaintiff

David G. Sigale (Atty. ID# 6238103)
LAW FIRM OF DAVID G. SIGALE, P.C.
430 West Roosevelt Road
Wheaton, IL 60187
630.452.4547/Fax 630.596.4445
dsigale@sigalelaw.com