IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Pedro Orozco,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 18-cv-2165-GCS |
| | ) |
| **Kevin Kink et al,** | ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL ACTION

**SISON, Magistrate Judge:**

Pursuant to the Order entered on December 29, 2021 (Doc. 71), this case has been dismissed with prejudice with each party to bear its own costs as to Defendants, Kevin Kink, Cody Piper, James Sloan, John Baker, Michael Clark, Patty Sneed, John R. Baldwin and Joshua Crawford.

Pursuant to the second amended complaint filed on June 13, 2019 (Doc. 18) Defendant, Illinois Department of Corrections was terminated.

Pursuant to the first amended complaint filed on April 08, 2019 (Doc. 12) Defendants, Goens, Simms, and Ms. Hault were terminated.

Accordingly, this matter is DISMISSED and the case is closed.

**IT IS SO ORDERED.**

DATED:  July 29, 2022

MONICA A STUMP, Clerk of Court
<i>s/ Catina Simpson,</i> Deputy Clerk

Approved: <i>s/ Gilbert C. Sison</i>
Gilbert C. Sison, U.S. Magistrate Judge